UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILSON SPORTING GOODS CO.,<br><br>Defendant. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br>Case No. 22-cv-03307<br><br>Hon. J. Broderick, U.S.D.J. |

### STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

PLEASE TAKE NOTICE that Plaintiff Kevin Yan Luis, on behalf of himself and all others similarly situated, hereby dismisses this action against Defendant Wilson Sporting Goods Co., with prejudice, and each party to bear its own fees and costs. This dismissal is made by stipulation of both parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

/s/ _____
on behalf of Plaintiff

*Dated: October 14, 2022.*
Noor Abou-Saab
Law Office of Noor A. Saab
380 North Broadway
Suite 300
Jericho, NY 11753
718-740-5060
Email: noorasaablaw@gmail.com
*ATTORNEY FOR KEVIN YAN LUIS*

Respectfully submitted,

/s/ _____
on behalf of Defendant

*Dated: October 14, 2022.*
Oliver D. Yang
Yang Law, LLC
311 South Wacker Drive
Ste #2470
Chicago, IL 60606
312-377-3234
Email: oyang@yang.law

Suma Thomas
Wilson Elser Moskowitz Edelman & Dicker LLP (White Plains)
1133 Westchester Avenue
White Plains, NY 10604
914-323-7000
Email: suma.thomas@wilsonelser.com

*ATTORNEYS FOR WILSON SPORTING GOODS CO.*

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause, by USDC SDNY E-Filing on October 15, 2022.

Dated: October 15, 2022
By: /s/ Oliver D Yang
    **OLIVER D YANG**